# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| In re:<br><br>RODNEY PAUL HUNT,<br><br>    Debtor. | Case No.  15-13962-RGM<br>(Chapter 7) |
| RODNEY PAUL HUNT,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., et al,<br><br>    Defendants. | Adv. Proc. No. 16-01178-RGM |

## ORDER SETTING STATUS CONFERENCE

Pursuant to §105(d) of the United States Bankruptcy Code, it is, by the court, *sua sponte*,

ORDERED:

A status conference regarding the above-captioned case will be held on:

**September 13, 2016 at 10:30 a.m.**

Alexandria, Virginia
August 25, 2016

                                          /s/ Robert G. Mayer
                                          Robert G. Mayer
                                          United States Bankruptcy Judge

Copies mailed to:

Walter R. Kirkman
Ober, Kaler, Grimes & Shriver, P.C.
100 Light Street, 19th Floor
Baltimore, MD 21202

Stephen Christenson
4160 Chain Bridge Road
Fairfax, VA 22030

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101

Janet M. Meiburger, Trustee
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101

Rodney Paul Hunt
201 Chain Bridge Road
McLean, VA 22101


20476