IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IN RE: | ) | Case No. 15-13962-RGM |
| | ) | |
| RODNEY PAUL HUNT, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| RODNEY PAUL HUNT, | ) | Adv. Proc. No. 16-01178-RGM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BANK OF AMERICA, N.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER STRIKING NOTICE OF REMOVAL AND REMANDING CASE

THIS MATTER having come before the Court on a Status Conference held on September 13, 2016, and it appearing to the Court that Plaintiff Rodney Paul Hunt ("Plaintiff" or "Debtor") neither signed nor authorized the filing of a Notice of Removal to United States Bankruptcy Court dated August 24, 2016 (the "Notice"), it is hereby

ORDERED that the Notice be, and hereby is, STRICKEN from the record as an unauthorized filing; and it is further

ORDERED that the Summons for Unlawful Detainer, case no. GV16-3602, pending before the Arlington County General District Court, is hereby REMANDED to the Arlington County General District Court.

_____
Leon Koutsouftikis  #44262
MAGRUDER COOK & KOUTSOUFTIKIS
1889 Preston White Drive, Suite 200
Reston, VA  20191
(703) 766-4400/ Fax: (571) 313-8967
Counsel for 201 Chain Bridge LLC

DATED:_____

                    Judge Robert G. Mayer, United States Bankruptcy Court for the Eastern District of Virginia

WE ASK FOR THIS:

/s/ Leon Koutsouftikis
Leon Koutsouftikis  #44262
MAGRUDER COOK & KOUTSOUFTIKIS
1889 Preston White Drive, Suite 200
Reston, VA  20191
(703) 766-4400/ Fax:  (571) 313-8967
Counsel for 201 Chain Bridge LLC

SEEN:

/s/ Daniel M. Press    (by Leon Koutsouftikis via consent from Daniel
Daniel M. Press, Esq.    M. Press via email dated September 13, 2016)
Chung & Press, P.C.
6718 Whttier Avenue, Suite 200
McLean, VA  22101
Counsel for Debtor

SEEN AND AGREED:

/s/ Walter R. Kirkman    (by Leon Koutsouftikis via consent from Walter
Walter R. Kirkman  #89858    R. Kirkman via email dated September 13, 2016)
Nikolaus F. Schandlbauer, Esq.
Ober Kaler
1401 H Street, NW, Suite 500
Washington, DC  20005
Counsel for Bank of America, N.A.

COPIES TO:

| | |
|---|---|
| Leon Koutsouftikis<br>MAGRUDER COOK & KOUTSOUFTIKIS<br>1889 Preston White Drive, Suite 200<br>Reston, VA  20191 | Nikolaus F. Schandlbauer, Esq.<br>Ober Kaler<br>1401 H Street, NW, Suite 500<br>Washington, DC  20005 |
| Daniel M. Press, Esq.<br>Chung & Press, P.C.<br>6718 Whttier Avenue, Suite 200<br>McLean, VA  22101<br>Counsel for Debtor | Janet M. Meiburger, Esq.<br>The Meiburger Law Firm, P.C.<br>1493 Chain Bridge Road, Suite 201<br>McLean, VA  22101 |

C6401.012